UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10882 RGS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Court No. |
| SUSAN M. LEONARD, | ) |
| *Defendant*. | ) |

MAGISTRATE JUDGE

RECEIPT # _____
AMOUNT $ N/A
SUMMONS ISSUED Yes
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK _____
DATE 5/4/04

**COMPLAINT**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Susan M. Leonard (hereinafter "Leonard"), resides in the District of Massachusetts at 49 Pleasant Street, Provincetown, MA 02657.

3. Leonard is indebted to the United States in the principal amount of $47,494.86 plus interest computed at the rate of 4 percent per annum for a total amount of $47,900.86 as of March 31, 2004. Thereafter, interest on the principal amount will accrue at the rate of 4 percent per annum until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Leonard has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Leonard in the principal amount of $47,494.86; plus interest in the amount of $406.00; plus interest on this principal at an annual rate of 4 percent per annum until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

          Respectfully submitted,

          UNITED STATES OF AMERICA
          By its attorneys

          MICHAEL J. SULLIVAN
          United States Attorney

By: *[signature]*

          CHRISTOPHER R. DONATO
          Assistant U.S. Attorney
          1 Courthouse Way, Suite 9200
          Boston, MA  02210
          (617) 748-3328

Dated: May 4, 2004



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Program Support Center

Rockville MD 20857

APR 6 2004

# CERTIFICATE OF INDEBTEDNESS

Susan M. Leonard
49 Pleasant Street
Provincetown, MA 02657
Ref: 50001051

Total debt due to the United States of America as of March 31, 2004: $47,900.86 (principal $47,494.86, interest $406.00, administrative costs $0.00).

I certify that the Department of Health and Human Services records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $47,494.86 from March 31, 2004, at the rate of 4.000%. Interest accrues on the principal amount of this debt at the rate of $5.21 per day. Interest is computed at a variable rate and is adjusted quarterly. Due to the semi-annual compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with a Government-insured Health Education Assistance Loan (HEAL) made by a private lender and assigned to the United States.

As a student at the Life Chiropractic College, you applied for and were granted the following Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292 f-p).

| Date of Promissory Note | Amount of Promissory Note | Date Approved | Amount Approved |
|---|---|---|---|
| 03/29/82 | $3,000.00 | 04/14/82 | $3,000.00 |
| 02/28/83 | $6,000.00 | 03/04/83 | $6,000.00 |

You signed promissory notes agreeing to repay the loans at a variable rate of interest beginning the first day of the tenth month after ceasing to be a full-time student or completing a residency program. The Student Loan Marketing Association (SLMA) purchased your notes and received an assignment.

Upon your leaving the Life Chiropractic College, you were granted a deferment and forbearance during the period of October 1983, to January 3, 1986, with payments to begin February 1986. You did not make any payments.

On May 30, 1986, the SLMA sent you a final demand letter to remit payment in full or your account would be filed as a default claim. You did not make any payments, nor did you respond.

Due to your failure to make payments, the SLMA filed an insurance claim on August 12, 1986, with the Department of Health and Human Services (HHS). The claim in the amount of $14,073.00 was paid, and an assignment of the notes was received.



EXHIBIT A

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - SUSAN M. LEONARD

By letter dated August 29, 1986, you were notified that the previous holder of your HEAL placed you in default and assigned your notes to the United States Government. You were informed that your student loans were consolidated using the lowest interest rate allowable by law. Enclosed were instructions for entering into a repayment agreement (RA) with notice that it must be completed and returned within thirty (30) days. You did not respond.

In a letter dated September 12, 1988, you were notified that the principal amount of your debt would be referred to the Internal Revenue Service (IRS) for offset of any tax refund to which you might be entitled unless payment in full was received.

In a letter dated October 23, 1993, you submitted financial statements and proposed a monthly payment amount of $200.00.

Your signed RA dated June 21, 1994, in which you agreed to make monthly payments of $200.00 beginning July 1, 1994, was approved on July 1, 1994.

On February 9, 1996, you were sent a notice to respond within fifteen (15) days indicating how you intended to resolve your delinquent indebtedness. You were advised that failure to respond within fifteen (15) days or continued non-contact and non-cooperation would result in your case being referred to the U.S. Department of Justice (DOJ) for enforced collection.

On July 11, 2003, you were notified that you had sixty (60) days in which to resolve your delinquent debt. You were advised that if you were unwilling to establish a RA, your case would be immediately referred to the Office of the Inspector General (OIG) for exclusion from participation in the Medicare/Medicaid Programs. The letter also informed you that in the event you did not enter into a RA, your debt would be referred to the DOJ for enforced collection. You did not comply.

The following credits totaling $4,400.00, have been applied to your account:
$4,400.00     19 Payments to HHS       11/02/93 to 05/20/03

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment schedule for your debt. Because of your lack of cooperation the federal government is exercising its option and declaring your note due and payable. Accordingly, your debt has now been referred to the DOJ for enforced collection.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, District of Massachusetts, One Courthouse Way, U.S. Courthouse, Suite 9200, Boston, MA 02210.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

APR 16 2004

Date

Barry M. Blum
Chief, Referral Control Section
Debt Management Branch