UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__USA_____
Plaintiff

CIVIL ACTION
NO. __04-10882 RGS__

v.

__Susan Leonard_____
Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __USA_____ for an order of Default for failure of the Defendant, __Susan Leonard__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __7th__ day of __September 2004__

TONY ANASTAS
CLERK OF COURT

By: __Elaine Flaherty__
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 2/2000)                                     [ntcdflt.]